UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL GARZA MARROQUIN, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-76 |
| | § | |
| JOSE GARCIA LONGORIA JR., *et al.* | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

On May 27, 2020, the parties filed a joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 38) Each party shall bear its own costs and fees. All pending motions are denied without prejudice as moot.

The Clerk's Office is ordered to terminate this case.

SIGNED this 29th day of May, 2020.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge